1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHONG TRUONG,<br><br>             Plaintiff,<br><br>v.<br><br>FOREMOST TRANSPORT, INC.;<br>ALEXANDER VINLUAN; and DOES 1<br>through 50, inclusive,<br><br>             Defendants. | No. 2:22-cv-02150-MCE-DB<br>[Sacramento County Superior Court Action<br>No. 34-2022-00326425-CU-PA-GDS]<br><br>**ORDER**<br>**GRANTING JOINT STIPULATON**<br>**TO MODIFY INITIAL PRETRIAL**<br>**SCHEDULING ORDER**<br><br>Complaint Filed:  September 9, 2022<br>Date of Removal:  December 2, 2022<br>Trial Date:  None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The Parties to this action, including Plaintiff PHONG TRUONG and Defendants FOREMOST TRANSPORT, INC. and ALEXANDER VINLUAN, through counsel, have stipulated to certain modifications in the Initial Pretrial Scheduling Order.

Per the stipulation of the Parties, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Pretrial Scheduling Order is modified as set forth below:

| *Description* | *Modified Dates* |
| --- | --- |
| Discovery Cut-Off | May 31, 2024 |
| Last day to make initial expert disclosures | July 15, 2024 |
| Last day to make rebuttal expert disclosures | August 12, 2024 |
| Dispositive Motions | September 23, 2024 |

**IT IS SO ORDERED.**

Dated: March 21, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE