UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHONG TRUONG,<br><br>    Plaintiff,<br><br>v.<br><br>FOREMOST TRANSPORT, INC.;<br>ALEXANDER VINLUAN; and DOES 1<br>through 50, inclusive,<br><br>    Defendants. | No. 2:22-cv-02150-MCE-SCR<br>[Sacramento County Superior Court Action<br>No. 34-2022-00326425-CU-PA-GDS]<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>Complaint Filed:  September 9, 2022<br>Date of Removal:  December 2, 2022<br>Trial Date:  None Set |

Based on the Stipulation of the Parties, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that this matter be, and is hereby dismissed with prejudice, each Party to bear its own attorney's fees, expenses, and costs of suit.

IT IS FURTHER ORDERED that pursuant to the Parties' Stipulation and Settlement Agreement, the Court shall retain jurisdiction solely to enforce the terms of the Parties' Settlement Agreement.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 16, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE